# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                       Crim. No. 5:07-CR-29-2F

RACHAEL YVETTE WALKER

     On July 17, 2007, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                      Respectfully submitted,

/s/Jeffrey L. Keller                                               /s/Maurice J. Foy
Jeffrey L. Keller                                                      Maurice J. Foy
Supervising U.S. Probation Officer                   U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 21st _____ day of ___ September ___, 2010.

                                                          James C. Fox
                                                          Senior U.S. District Judge